IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ALLAN MICHAEL RUSH,

    Petitioner,

v.                                        CASE NO. 4:09-cv-00470-MP-AK

WALTER A. McNEIL,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Doc. 9, Respondent's first motion for an extension of time to respond to the Petition. The Court previously ordered Respondent to file a response on or before March 9, 2010, and Respondent seeks a 45-day extension of time due to exigent circumstances. Upon due consideration, it is

**ORDERED AND ADJUDGED:**

1. Respondent's motion for extension of time, Doc. 9, is **GRANTED**.
2. Respondent shall file an answer or other pleading on or before **April 26, 2010.**
3. Petitioner shall have until **May 26, 2010,** to file a reply, if desired.

**DONE AND ORDERED** this _10th_ day of March, 2010

                                *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge