IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ALLAN MICHAEL RUSH,

    Petitioner,

v.                                              CASE NO. 4:09-cv-00470-MP-AK

WALTER A MCNEIL,

    Respondent.

_____/

## O R D E R

This matter is before the Court on Doc. 16, Petitioner's motion for an extension of time until July 21, 2010, to reply to the Respondent's response. Upon due consideration, it is

**ORDERED AND ADJUDGED:**

Petitioner's motion, Doc. 16, is **GRANTED**. Petitioner shall file his reply on or before **July 21, 2010.**

**DONE AND ORDERED** this _9th_ day of July, 2010

                              *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge